PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**FILED**
Sep 23, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH et al.,<br>Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>MOTION AND ORDER TO UNSEAL REDACTED SUPERSEDING INDICTMENT |

The Superseding Indictment in this case, having been sealed by Order of the Court on September 8, 2022, and it appears that a redacted version no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the redacted version of the Superseding Indictment in this case, which is attached hereto, and the docket as to defendant Brandon Bannick, be unsealed and made public record, and that the unredacted Superseding Indictment an otherwise not mentioned defendants remain under seal.

Dated: September 22, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

MOTION AND PROPOSED ORDER TO UNSEAL         1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KENNETH BASH et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>ORDER TO UNSEAL REDACTED SUPERSEDING INDICTMENT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Superseding Indictment filed on September 8, 2022, and docket as to defendant Brandon Bannick, be unsealed and become public record, and that the unredacted Superseding Indictment remain under seal.

IT IS SO ORDERED.

　　　Dated:   **September 23, 2022**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE