IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case № 1:20-cr-00238-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING CJA LEAD COUNSEL** |
| vs. | ) | **AND WAIVING *PRO HAC VICE* FEE FOR** |
| | ) | **COUNSEL NOT ADMITTED TO** |
| KENNETH JOHNSON (11), | ) | **CALIFORNIA LEGAL PRACTICE -** |
| | ) | **POTENTIAL DEATH PENALTY** |
| Defendant. | ) | **PROSECUTIONS** |

Upon BRANDON BANNICK's Initial Appearance September 23, 2022 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.1(g) and/or C.2, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel, the Court **ORDERS**:

1. Ivette Maningo, 400 S. 4th Street, Suite 500, Las Vegas, NV 89101, 702.793.4046, iamaningo@iamlawnv.com is APPOINTED as CJA Lead Counsel to represent Defendant BRANDON BANNICK, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, *nunc pro tunc* to September 25, 2022:

2. The *pro hac vice* admission fee for their CJA appointments in this case alone, providing counsel qualifies otherwise for *pro hac vice* under Local Rule 180 and the District's CJA Plan, General Order 582, is WAIVED.

IT IS SO ORDERED.

Dated:  **October 3, 2022**

_____
UNITED STATES DISTRICT JUDGE