```
PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRANDON BANNICK, ET AL.,<br><br>                    Defendants. | CASE NO. 1:20-CR-00238-JLT<br><br>STIPULATION TO SCHEDULE; FINDINGS AND ORDER |

**STIPULATION**

1. On July 26, 2024, defendant Bannick filed a request for the Court to consider trial groupings in the above matter. Dkt. 1181.

2. Counsel agree and stipulate that the following schedule shall apply:

    a) Any opposition or response to the request shall be filed by August 23, 2024.

IT IS SO STIPULATED.

Dated: August 9, 2024                                    PHILLIP A. TALBERT
                                                                       United States Attorney


                                                                       /s/ STEPHANIE M. STOKMAN
                                                                       STEPHANIE M. STOKMAN
                                                                       Assistant United States Attorney

STIPULATION TO SCHEDULE; [PROPOSED] FINDINGS AND ORDER

1

Dated:  August 9, 2024

/s/ IVETTE AMELBURU MANINGO
/s/ AMY JACKS
IVETTE AMELBURU MANINGO
AMY JACKS
Counsel for Defendant
BRANDON BANNICK

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:   **August 9, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE