UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BANNICK, et. al,<br><br>Defendants. | Case No. 1:20-CR-00238-JLT-SKO<br><br>ORDER GRANTING MR. BANNICK'S MOTION TO PROCEED PRO SE<br><br>(Doc. 1430) |

Defendant Brandon Bannick has requested to be allowed to represent himself. (Doc. 1430) He indicated in his motion that he "is aware of and acknowledges the dangers and disadvantages of self-representation and makes this request voluntarily and intelligently." *Id*. The Court admonished him orally about the elements of the offense that must be proved to convict him of the charged offenses and the maximum possible punishments if he is convicted as well as the risks and pitfalls of self-representation. Despite this admonishment, Mr. Bannick reiterated his desire to represent himself, and the Court has granted that request. The Court also appointed his previous counsel as standby counsel and agreed that the the other defense staff be maintained to advise and assist Mr. Bannick in presenting his defense.

///

///

///

Thus, the Court **ORDERS**:

1. The Clerk of the Court shall enter a substitution of attorney reflecting Mr. Bannick's pro se status effective at the close of business yesterday, December 4, 2024;

> BRANDON BANNICK
> USMS # 20784-510
> Central Valley Annex
> 254 Taylor Avenue
> McFarland, CA 93250

2. Attorneys Ivette Amelburu Maningo and Amy E. Jack are appointed as stand-by counsel

3. The defendant shall be granted law library access at the Central Valley Annex for his preparation for trial.

4. A copy of this order shall be served on the Central Valley Annex and a copy provided to the United States Marshal Service.

IT IS SO ORDERED.

Dated:  **December 5, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2